SPRING 1812.                *BAYON* vs. *RIVET.*
II. District.

PLEA in abatement. The suit was brought

Suit abated, to recover 125 dollars, lent by the plaintiff to the
it appearing
by the plead- defendant, who pleaded that the sum demanded was
ing that $50 not due, and that the plaintiff had claimed that
only    were
due. sum, with a view to give jurisdiction to the Court.

THE plaintiff filed an interrogatory, to which
the defendant answered, he had received from the
plaintiff, the sum of 50 dollars, and no more.

*Gilbert*, for the plaintiff. Judgment must be
given for the sum, which appears due from the
defendant's own shewing. The Court may, per-
haps, order the plaintiff to pay costs. There are
frequent instances of judgment being given in this
Court for less than one hundred dollars.

*Baldwin*, for the defendant. If the conclusion
of the plaintiff's counsel be correct, a suit may be
commenced, in this Court, for one dollar, and a
rich man, willing to pay costs, may harrass his
poor neighbour, by bringing him from a distant
parish. The Court will not suffer the plaintiff thus
to evade the law.

*By the Court.* This question was settled, a few
days ago, in the fifth district, in the case of *Le-
fevre* vs. *Broussart, ante* 135. The plea is a good
one, and must prevail.

JUDGMENT FOR DEFENDANT.